Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Anamay M. Carmel (SBN 298080)
ACarmel@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
PASICH LLP
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 7.1-1** |

Pursuant to Federal Rule of Civil Procedure 7-1 and Local Rule 7.1-1, the undersigned, counsel of record for plaintiff Paramount Pictures Corporation, hereby certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Paramount Pictures Corporation;
2. ViacomCBS Inc.; and

3. Defendant Federal Insurance Company.

In compliance with Federal Rule of Civil Procedure 7.1, Plaintiff Paramount Pictures Corporation states that it is a wholly owned subsidiary of ViacomCBS Inc., a publicly traded corporation. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc. ViacomCBS Inc. is not aware of any publicly held entity owning 10% or more of its total common stock, i.e., Class A and Class B, on a combined basis.

DATED: August 30, 2021          PASICH LLP

By:  */s/ Kirk Pasich*
     Anamay M. Carmel
     Attorneys for Plaintiff