1   Kirk Pasich (SBN 94242)
    KPasich@PasichLLP.com
2   Pamela Woods (SBN 101520)
    PWoods@PasichLLP.com
3   Christopher T. Pasich (SBN 299191)
    CPasich@PasichLLP.com
4   Caitlin S. Oswald (SBN 330974)
    COswald@PasichLLP.com
5   PASICH LLP
6   10880 Wilshire Boulevard, Suite 2000
    Los Angeles, California 90024
7   Telephone: (424) 313-7860
    Facsimile: (424) 313-7890
8

9   *Attorneys for Plaintiff*

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  PARAMOUNT PICTURES            Case No. 2:21-cv-06975-RGK (MAA)
    CORPORATION, a Delaware       The Honorable R. Gary Klausner
15  corporation,
16                                **JOINT STIPULATION TO**
                   Plaintiff,     **REQUEST CONTINUANCE OF**
17                                **TRIAL AND RELATED PRETRIAL**
          vs.                     **DEADLINES**
18

19  FEDERAL INSURANCE COMPANY,    Complaint Filed:   August 30, 2021
    an Indiana corporation,       FAC Filed:         January 19, 2022
20
21                 Defendant.     Trial Date:   September 13, 2022
22

23

24

25

26

27

28

1      Plaintiff Paramount Pictures Corporation ("Paramount") and Defendant
2  Federal Insurance Company ("Federal") (together, the "Parties"), by and through
3  their undersigned counsel, stipulate and agree as stated herein, respectfully and
4  jointly request that, for good cause as shown below and in the accompanying
5  declarations of the Parties' counsel, the Court extend the September 13, 2022, trial
6  date and the related pretrial deadlines:

7      WHEREAS, Paramount filed its initial complaint containing two claims (for
8  breach of contract and breach of the implied covenant of good faith and fair dealing)
9  with this Court on August 30, 2021, and served Federal with the complaint    on
10  September 2, 2021;

11      WHEREAS, Federal timely filed its Answer to the initial complaint on
12  November 5, 2021, pursuant to the Parties' stipulation and this Court's order
13  approving that stipulation;

14      WHEREAS, the Parties stipulated on January 14, 2022, that Paramount should
15  be granted leave to file its First Amended and Supplemental Complaint based on
16  occurrences and events that happened after the date of the initial complaint;

17      WHEREAS, the Court granted the Parties' stipulated request and Paramount
18  filed its First Amended and Supplemental Complaint ("FAC") on January 19, 2022;

19      WHEREAS, Paramount's FAC added five claims (for breach of contract,
20  fraudulent promise, fraud in the inducement, negligent misrepresentation, and
21  declaratory relief) to the two claims previously set forth in Paramount's initial
22  complaint;

23      WHEREAS, the Court held a Scheduling Conference on January 24, 2022, and
24  ordered the following deadlines:  Jury Trial starting September 13, 2022; Pretrial
25  Conference on August 29, 2022; Motion Cut-Off Date of June 29, 2022; and
26  Discovery Cut-Off Date for fact discovery of June 15, 2022;

27      WHEREAS, Federal timely filed its Answer to the FAC on February 2, 2022;

28

JOINT STIPULATION TO REQUEST CONTINUANCE OF TRIAL
AND RELATED PRETRIAL DEADLINES

1    WHEREAS, on February 23, 2022, Paramount served written discovery
2    (including requests for production and interrogatories) on Federal, and on April 15,
3    2022, Federal served its objections and responses to that discovery.  Also on February
4    23, 2022, Paramount served notices of deposition of Federal's persons most qualified
5    regarding the claims the underwriting.  These depositions were continued at Federal's
6    request;

7    WHEREAS, on March 25, 2022, the Parties submitted a stipulation to the
8    Court confirming that they had engaged Bruce A. Friedman of JAMS to act as the
9    private mediator in this action, reporting their confirmed July 28, 2022, mediation
10   date with him, and seeking from the Court an extension of the July 15, 2022, deadline
11   to engage in this July 28, 2022, private mediation;

12   WHEREAS, the Court extended the Parties deadline to complete mediation to
13   July 28, 2022.  The Parties intend to go forward with the July 28 mediation and seek
14   no further extension as to that date or deadline;

15   WHEREAS, on April 1, 2022, Federal served written discovery (including
16   requests for production and interrogatories) on Paramount, and Paramount served its
17   objections and responses to Federal's document requests on May 2, 2022
18   (Paramount's responses to interrogatories are currently due May 16, 2022);

19   WHEREAS, as set forth in the accompanying Declaration of Philip Silverberg,
20   Federal began collecting electronically stored information ("ESI") from relevant
21   custodians beginning in February 2022 and is continuing to review those documents,
22   with a rolling production that began on May 2, 2022;

23   WHEREAS, as set forth in the accompany Declaration of Pamela Woods,
24   Paramount began collecting ESI beginning in early March 2022 and is continuing to
25   review those documents;

26   WHEREAS, as set forth in the Parties' accompanying declarations, they
27   estimate substantial completion of their production of documents by the end of June
28   2022, which is after the June 15, 2022, fact discovery cut-off.  Based on this timeline

for substantial completion of the Parties' document productions, the Parties will be unable to complete the necessary depositions of Party deponents before the current June 15, 2022, fact discovery cut-off;

WHEREAS, the Parties are preparing document and deposition subpoenas to third parties, with some served to date, and expect to complete service of those subpoenas before June 15, 2022, but do not believe third parties will substantially comply with the served and to-be-served document and deposition subpoenas before the June 15 fact discovery cut-off;

WHEREAS, based on the above-estimated timeline, the Parties will not have the necessary Party and third-party document productions and depositions completed in time to allow for meaningful compliance with the current expert report and disclosure deadline of June 15, 2022, under FRCP 26(a)(2)(D)(i) (requiring disclosure "at least 90 days before the date set for trial");

WHEREAS, Federal engaged Keller/Anderle in mid-April 2022 to serve as lead trial counsel in the action and they appeared in this action on April 20, 2022;

WHEREAS, the Parties request a continuance of the trial date and related pretrial deadlines to complete their document productions, obtain third-party documents pursuant to subpoenas, take the Party and third-party depositions, complete fact and expert discovery, and likely file pretrial motions for summary adjudication that could reduce the number of claims and/or defenses for the jury to consider;

WHEREAS, the Parties submit the accompanying declarations of Paramount's and Federal's counsel substantiating the good cause and need for a trial continuance; and

WHEREAS, the Parties have not previously requested an extension of the trial date in this action;

NOW, THEREFORE, the Parties further stipulate and agree as follows:

1.   The Parties respectfully request that the Court continue the trial date

3

approximately 150 days to February 14, 2023, subject to the Court's availability;

2.     The Parties respectfully request that the Court continue the Pretrial Conference, the Motion Cut-Off Date, and Discovery Cut-Off Date for fact discovery to new dates based on the continued trial date; and

3.     All other pretrial deadlines, including, but not limited, to expert disclosure deadlines, will be those set forth by the Federal Rules of Civil Procedure, the Local Rules for the Central District of California, and the Court's current orders based on the continued trial date and continued Pretrial Conference.

IT IS SO STIPULATED AND AGREED.

Dated:  May 9, 2022               PASICH LLP

                                  By:   */s/ Pamela Woods*
                                        Pamela Woods
                                        Christopher T. Pasich

                                        *Attorneys for Plaintiff Paramount*
                                        *Pictures Corporation*

Dated:  May 9, 2022               KELLER/ANDERLE LLP

                                  By:   */s/ Jennifer L. Keller*
                                        Jennifer L. Keller
                                        Jeremy W. Stamelman

                                        *Attorneys for Defendant Federal*
                                        *Insurance Company*

Dated:  May 9, 2022               MOUND COTTON WOLLAN &
                                  GREENGLASS LLP

                                  By:   */s/ Philip Silverberg*
                                        Jonathan Gross
                                        Philip Silverberg, *pro hac vice*
                                        Hilary Henkind, *pro hac vice*

                                        *Attorneys for Defendant Federal*
                                        *Insurance Company*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  I further attest that I have on file documentation of this authorization.

Dated:  May 9, 2022                              PASICH LLP


By:   */s/ Pamela Woods*
      Pamela Woods

      *Attorneys for Plaintiff Paramount Pictures Corporation*

JOINT STIPULATION TO REQUEST CONTINUANCE OF TRIAL
AND RELATED PRETRIAL DEADLINES