Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**DECLARATION OF PAMELA WOODS IN SUPPORT OF JOINT REQUEST FOR CONTINUES OF TRIAL AND RELATED PRETRIAL DEADLINES**<br><br>Complaint Filed August 30, 2021 |

I, Pamela Woods, declare as follows:

1. I am an attorney at law admitted to practice law before this court.  I am a partner at Pasich LLP, counsel for Plaintiff Paramount Pictures Corporation.  I have personal knowledge of the facts stated herein.  If called and sworn as a witness, I could and would testify competently as to these facts.

2.      Paramount filed this lawsuit against Federal Insurance Company on August 30, 2021. Federal filed its Answer to Paramount's complaint on November 5, 2021.

3.      On January 14, 2022, Paramount and Federal filed a stipulation stating that, in light of occurrences and events that happened after the filing of Paramount's initial complaint, Paramount should be granted leave to file a First Amended and Supplemental Complaint. On January 19, 2022, this court granted Paramount leave to file a First Amended and Supplemental Complaint, and Paramount did so the same day. The First Amended and Supplemental Complaint contained claims for fraudulent promise without intent to perform, fraud in the inducement, negligent misrepresentation, and declaratory relief not present in the original complaint. Federal filed its Answer to the First Amended and Supplemental Complaint, on February 2, 2022.

4.      On February 23, 2022, Paramount served written discovery (including requests for production and interrogatories) and notices of deposition of Federal's persons most qualified regarding the claims and the underwriting of the policy at issue on Federal. On April 15, 2022, Federal served its objections and responses to the written discovery. The depositions were continued at Federal's request.

5.      In February 2022, Paramount identified 18 custodians within Paramount who were likely to have documents relevant to this litigation. Because of the volume of documents in these custodians' e-mails and files, Paramount also identified search terms based on the issues involved in this case to narrow the scope of documents from these custodians that would need to be reviewed.

6.      In March 2022, Paramount proceeded to collect electronic documents from the identified custodians and apply the search terms to those documents. As a result of these searches, Paramount identified more than 210,000 individual documents. Paramount then revised the search terms in an attempt to further eliminate nonrelevant documents from the pool of documents that would need to be

1 reviewed.  An application of the revised terms identified more than 170,000
2 individual documents to be reviewed for production.
3     7.    On April 1, 2022, Paramount began its review of the 170,000
4 documents.  Based on the rate of review, I estimate that Paramount should be able to
5 produce groups of documents on a rolling basis by the end of May 2022 and should
6 be able to complete its review and production of documents by the end of June
7 2022.
8     8.    I have been advised by counsel for Federal that Federal will likewise
9 not be able to complete its review and production of documents before the end of
10 June 2022.  Without access to all of Federal's documents, Paramount will be unable
11 to meaningfully conduct the depositions it has previously noticed, as well as
12 individual depositions it intends to notice, by the current fact discovery deadline of
13 June 15, 2022.  Additionally, Paramount will not have the necessary document
14 productions and depositions completed in time to allow for meaningful compliance
15 with the current expert report and disclosure deadline of June 15, 2022.
16     I declare under penalty of perjury under the laws of the United States of
17 America that the foregoing is true and correct, and that this Declaration is executed
18 on May 9, 2022, at Los Angeles, California.

*/s/ Pamela Woods*
PAMELA WOODS

3
**DECLARATION OF PAMELA WOODS**