**DENIED BY THE COURT**

By: /s/ Gary Klausner
Hon. R. Gary Klausner
U.S. District Judge
Dated: May 12, 2022

Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER ON STIPULATION TO REQUEST CONTINUATION OF TRIAL AND RELATED PRETRIAL DEADLINES**  [44]<br><br>Complaint Filed August 30, 2021 |

   Pursuant to the Stipulation of the Parties, and for good cause shown, it is hereby ORDERED that:

   1.  The trial date is continued to _____, 2023;
   2.  The Pretrial Conference is continued to _____;
   3.  The Motion Cut-Off Date is continued to _____;
   4.  The Discovery Cut-Off Date is continued to _____; and
   5.  All other pretrial deadlines, including, but not limited, to expert

1  disclosure deadlines, will be those set forth by the Federal Rules of Civil Procedure,
2  the Local Rules for the Central District of California, and the Court's current orders
3  based on the continued trial date and continued Pretrial Conference.
4  **IT IS SO ORDERED.**
5
6  DATED: _____, 2022      By: **DENIED BY THE COURT**
7                                       Honorable R. Gary Klausner
                                         United States District Court Judge