Jennifer L. Keller (SBN 84412)
jkeller@kelleranderle.com
Jeremy W. Stamelman (SBN 216097)
jstamelman@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Tel.:  (949) 476-8700
Fax:  (949) 476-0900

Jonathan Gross (SBN 122010)
Philip C. Silverberg, *pro hac vice*
psilverberg@moundcotton.com
Hilary M. Henkind, *pro hac vice*
hhenkind@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Tel.:  (510) 900-9371
Fax:  (510) 900-9381

*Attorneys for Defendant Federal Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975-RGK (MAA)<br>The Honorable R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION ALLOWING DEFENDANT TO FILE AN AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br>[50]<br><br>Complaint Filed:  August 30, 2021<br>FAC Filed:          January 19, 2022<br><br>Trial Date:  September 13, 2022 |

1  On July 22, 2022, Plaintiff Paramount Pictures Corporation ("Paramount") and Defendant Federal Insurance Company ("Federal") filed a Stipulation Allowing Federal Insurance Company To File Amended Answer And Affirmative Defenses To Paramount Pictures Corporation's First Amended And Supplement Complaint ("Stipulation").

The Court has considered the parties' Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Court approves the Stipulation;

2. Federal may file the document attached as Exhibit 1 to the parties' Stipulation as an Amended Answer And Affirmative Defenses to Paramount's operative complaint; and

3. The Amended Answer And Affirmative Defenses must be filed with the Court and served on counsel within five (5) court days of this order.

**IT IS SO ORDERED**

Dated: 7/25/2022

*[signature]*

The Honorable R. Gary Klausner