Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATE FOR COMPLETING ADR AND TO VACATE OTHER CASE DATES**<br><br>Complaint Filed August 30, 2021<br><br>Trial Date:  September 13, 2022 |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that earlier this week, the principals of the parties reached an agreement on the framework for a potential settlement of this matter, and on Wednesday, July 27, 2022, the parties confirmed an agreement in principle to settle this action.  A formal written settlement agreement has been prepared and is

**NOTICE OF SETTLEMENT AND STIPULATION RE DATES**

being commented on and finalized. The parties anticipate executing a final written settlement agreement by August 5, 2022.

Pursuant to the Court's March 28, 2022, Order, the deadline for the parties to complete mediation is currently July 28, 2022, and a mediation before JAMS is scheduled for that date. Because the parties reached a settlement in principle now being finalized in a written settlement agreement, there is no need for the mediation to go forward. The parties stipulate and agree that the Court should vacate the July 28, 2022, mediation deadline as mooted given that the pre-mediation discussions and negotiations have led to a settlement in principle now being finalized in a written settlement agreement.

The parties further stipulate that the remaining case deadlines should be vacated in light of their agreement to a settlement in principle now being finalized in a written settlement agreement.

IT IS SO STIPULATED.

DATED: July 27, 2022         PASICH LLP

By: */s/ Christopher T. Pasich*
Christopher T. Pasich

Attorneys for Plaintiff

DATED: July 27, 2022         MOUND COTTON WOLLAN & GREENGRASS LLP

By: */s/ Philip C. Silverberg*
Philip C. Silverberg

Attorneys for Defendant

DATED: July 27, 2022         KELLER ANDERLE LLP

By: */s/ Jeremy Stamelman*
Jeremy Stamelman

Attorneys for Defendant

2
NOTICE OF SETTLEMENT AND STIPULATION RE DATES

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, Christopher Pasich, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I further attest that I have on file documentation of this authorization.

DATED: July 27, 2022

PASICH LLP

By: */s/ Christopher T. Pasich*
Christopher T. Pasich

Attorneys for Plaintiff