Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**DECLARATION OF CHRISTOPHER T. PASICH IN SUPPORT OF NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATE FOR COMPLETING ADR AND TO VACATE OTHER CASE DATES**<br><br>Complaint Filed August 30, 2021<br><br>Trial Date: September 13, 2022 |

I, Christopher T. Pasich, declare as follows:

1. I am an attorney at law admitted to practice law before this court. I am a partner at Pasich LLP, counsel for Plaintiff Paramount Pictures Corporation. I have personal knowledge of the facts stated herein. If called and sworn as a witness, I could and would testify competently as to these facts.

**DECLARATION OF CHRISTOPHER T. PASICH**

2. The parties are currently scheduled to participate in a mediation with Bruce Friedman of JAMS on July 28, 2022. In advance of the mediation, the parties have been actively engaged in settlement discussions.

3. On Saturday, July 23, 2022, the principals of the parties reached an agreement on the framework for a potential settlement. On Wednesday, July 27, 2022, the parties confirmed an agreement in principle to settle this action.

4. The parties are in the process of drafting a final settlement agreement. Barring unforeseen circumstances, we anticipate that the settlement will be finalized, and the settlement agreement signed, no later than August 5, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed on July 27, 2022, at Culver City, California.

*/s/ Christopher T. Pasich*
Christopher T. Pasich

2
**DECLARATION OF CHRISTOPHER T. PASICH**