Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER ON STIPULATION TO VACATE DATE FOR COMPLETING ADR AND TO VACATE OTHER CASE DATES**<br><br>Complaint Filed August 30, 2021<br><br>Trial Date: September 13, 2022 |

Pursuant to the Notice of Settlement and Stipulation to Vacate Date for Completing ADR and to Vacate Other Case Dates, and for good cause shown, it is hereby ORDERED that:

1. The deadline by which the Parties must complete mediation in this matter, currently set for July 28, 2022, is vacated;

**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS *IN LIMINE***

2. The remaining case deadlines set forth in the Court's January 25, 2022, Order for Jury Trial [Dkt. 28] are vacated.

**IT IS SO ORDERED.**

DATED: _____, 2022      By: _____
Honorable R. Gary Klausner
United States District Court Judge