NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**ORDER ON STIPULATION TO VACATE DATE FOR COMPLETING ADR AND TO VACATE OTHER CASE DATES**<br><br>Complaint Filed August 30, 2021<br><br>Trial Date: September 13, 2022 |

Pursuant to the Notice of Settlement and Stipulation to Vacate Date for Completing ADR and to Vacate Other Case Dates, and for good cause shown, it is hereby ORDERED that:

1. The deadline by which the Parties must complete mediation in this matter, is continued to August 29, 2022;

2. The parties are not relieved of any other deadlines until the filing of a notice of dismissal.

**IT IS SO ORDERED.**

DATED: __July 28__, 2022     By: _____/s/ Gary Klausner_____
Honorable R. Gary Klausner
United States District Court Judge