Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**JOINT STIPULATION TO CONTINUE AUGUST 8, 2022, DEADLINES TO FILE MEMORANDA OF FACT AND LAW, JOINT WITNESS LISTS, AND JOINT EXHIBIT LIST**<br><br>Complaint Filed August 30, 2021<br><br>Trial Date:  September 13, 2022 |

Plaintiff Paramount Pictures Corporation ("Paramount") and Defendant Federal Insurance Company ("Federal") (together, the "Parties"), by and through their undersigned counsel, stipulate and agree as stated herein, and respectfully and jointly request that, for good cause as shown below and in the accompanying declaration of

Christopher T. Pasich, the Court extend the pretrial deadlines to file the Memoranda of Contentions of Fact and Law, Joint Witness Lists, and Joint Exhibit List:

WHEREAS, on Wednesday, July 27, 2022, the Parties confirmed an agreement in principle to settle this action;

WHEREAS, since then the Parties have agreed upon the wording and terms of a final form of written settlement agreement;

WHEREAS, the Parties are in the process of finalizing an exhibit to the agreement and anticipating completing that process by Wednesday, August 10, 2022;

WHEREAS, the current deadline for the Parties to file their Memoranda of Contentions of Fact and Law, Joint Witness Lists, and Joint Exhibit List is August 8, 2022;

WHEREAS, the Parties are working amicably towards completing the settlement agreement and believe that receiving a continuance with respect to the filings otherwise due on August 8, 2022, in which they likely would be taking positions adverse to each other and contrary to the spirit of working collaboratively to finalize the remaining settlement document, would be in the bests interests of expeditiously completing the exhibit to the settlement agreement;

WHEREAS, the Parties submit the accompanying declaration of Christopher T. Pasich substantiating the good cause;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. The Parties respectfully request that the Court continue the deadline for the Parties to file their Memoranda of Contentions of Fact and Law, Joint Witness Lists, and Joint Exhibit List from August 8, 2022, to August 12, 2022; and

2. The Parties advise the Court immediately upon execution of the Settlement Agreement.

DATED:  August 5, 2022          PASICH LLP

By: */s/ Christopher T. Pasich*
Christopher T. Pasich

Attorneys for Plaintiff

DATED:  August 5, 2022          KELLER ANDERLE LLP

By: */s/ Jeremy Stamelman*
Jeremy Stamelman

Attorneys for Defendant

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I, Christopher Pasich, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.  I further attest that I have on file documentation of this authorization.

DATED:  August 5, 2022          PASICH LLP

By: */s/ Christopher T. Pasich*
Christopher T. Pasich

Attorneys for Plaintiff