Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Complaint Filed August 30, 2021 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Paramount Pictures Corporation and defendant Federal Insurance Company, by and through their undersigned attorneys, hereby stipulate and agree to the voluntary dismissal with

**STIPULATION FOR VOLUNTARY DISMISSAL**

prejudice of the above-captioned action, with each side to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED AND AGREED**.

DATED: August 16, 2022     PASICH LLP

By: _/s/ Pamela Woods_
Pamela Woods

Attorneys for Plaintiff

DATED: August 16, 2022     MOUND COTTON WOLLAN & GREENGRASS LLP

By: _/s/ Philip C. Silverberg_
Philip C. Silverberg

Attorneys for Defendant

DATED: August 16, 2022     KELLER ANDERLE LLP

By: _/s/ Jeremy Stamelman_
Jeremy Stamelman

Attorneys for Defendant

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I further attest that I have on file documentation of his authorization.

DATED: August 16, 2022     PASICH LLP

By: _/s/ Pamela Woods_
Pamela Woods

Attorneys for Plaintiff

2
**STIPULATION FOR VOLUNTARY DISMISSAL**