1  Kirk Pasich (SBN 94242)
   KPasich@PasichLLP.com
2  Pamela Woods (SBN 101520)
   PWoods@PasichLLP.com
3  Christopher T. Pasich (SBN 299191)
4  CPasich@PasichLLP.com
   Caitlin S. Oswald (SBN 330974)
5  COswald@PasichLLP.com
   10880 Wilshire Boulevard, Suite 2000
6  Los Angeles, California 90024
7  Telephone: (424) 313-7860
   Facsimile: (424) 313-7890

JS6

9  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 2:21-cv-06975 RGK (MAA)<br><br>Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL [59]<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>Complaint Filed August 30, 2021 |

Upon consideration of the parties' Stipulation for Voluntary Dismissal with prejudice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, it is hereby ORDERED that the case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: AUG 17, 2022

By: _____
Honorable R. Gary Klausner
United States District Court Judge